UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORICA INVESTMENTS PTY. LTD., *et al.*, | No. C-07-80008-MISC CRB (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ISSUE SUBPOENAS** |
| WILLIAM MCCARTNEY, *et al.*, | |
| Defendants. | |

Plaintiffs have asked for leave to serve subpoenas on certain third parties pursuant to 28 U.S.C. § 1782. A hearing on Plaintiffs' application for the right to issue subpoenas shall be held on **January 31, 2007, at 10:30 a.m.** Upon receipt of this order, Plaintiffs shall **immediately** serve a copy of this order on all Defendants. Any opposition to the application shall be filed no later than January 25, 2007.

IT IS SO ORDERED.

Dated: January 19, 2007

EDWARD M. CHEN
United States Magistrate Judge